IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

    Plaintiff,

v.                                                        Civil Action No. 5:04CV22
                                                                    (STAMP)

LEXINGTON INSURANCE COMPANY and
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation, and
HARTAN BROKERAGE, INC.,
a foreign corporation,

    Defendants.

**ORDER GRANTING IN PART PLAINTIFF'S MOTION**
**TO ABSTRACT INFORMATION FROM JURY QUESTIONNAIRES**

On July 19, 2007, the plaintiff, Cornett Management Company, LLC ("CMC"), filed a motion to abstract information from jury questionnaires. In support of its motion, CMC states that such information would allow it to more efficiently develop proposed voir dire questions. Plaintiff CMC does not specify the particular information desired. For good cause shown, CMC's motion to abstract information from jury questionnaires is GRANTED at least in part.

IT IS SO ORDERED.

The Clerk is DIRECTED to provide counsel of record herein with the following specific information from the Juror Qualification Questionnaire: (1) name and address, (2) occupation, (3) employer, (4) date of birth, (5) gender, and (6) race. The Clerk is further

DIRECTED to transmit a copy of this order to counsel of record herein.

DATED: July 25, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE