IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

    Plaintiff,

v.   Civil Action No. 5:04CV22
                                (STAMP)

LEXINGTON INSURANCE COMPANY and
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation, and
HARTAN BROKERAGE, INC.,
a foreign corporation,

    Defendants.

## ORDER SCHEDULING HEARING ON MOTIONS IN LIMINE AND ESTABLISHING VARIOUS FILING DEADLINES

On July 12, 2007, the parties filed motions in limine pursuant to the third amended scheduling order. On July 19, 2007, the parties filed responses. This Court finds that it would benefit from oral argument on the various motions in limine. Accordingly, the parties are DIRECTED to appear by counsel for oral argument on **August 9, 2007 at 3:00 p.m.** at the Wheeling point of holding court.

Additionally, Cornett Management Company, LLC shall file any response to Lexington Insurance Company's motion to continue the trial date on or before **August 6, 2007**.

The Court will permit the attorneys to participate in the oral argument by telephone. The plaintiff's attorney shall initiate a timely conference telephone call with those attorneys participating by telephone to the Court at 304/233-1120 at the time of the scheduled hearing.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    July 25, 2007

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE