IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

    Plaintiff,

v.                                Civil Action No. 5:04CV22
                                         (STAMP)

LEXINGTON INSURANCE COMPANY,
a foreign corporation,
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation, and
HARTAN BROKERAGE, INC.,
a foreign corporation,

    Defendants.

## ORDER GRANTING MOTIONS TO SEAL

The parties in the above-styled civil action have filed various motions to seal exhibits and memoranda in connection with the briefing of their cross-motions for summary judgment. For good cause shown, the following motions to seal are GRANTED: Cornett Management Company, LLC's ("CMC") motion for leave to file exhibits and unredacted memorandum in support of motion for partial summary judgment on Unfair Trade Practices Act claims under seal; Lexington Insurance Company's ("Lexington") motion to seal original memorandum of law in support of motion for summary judgment and exhibits thereto; Lexington's motion to seal original reply to plaintiff's response to Lexington's motion for summary judgment; Lexington's motion to seal amended reply to plaintiff's response to Lexington's motion for summary judgment; Lexington's motion to seal original response to plaintiff's motion for partial summary

judgment; and Brady Risk Management Inc.'s ("Brady Risk") motion to seal original reply to plaintiff's response to Brady Risk's motion for summary judgment.  The exhibits and memoranda that are the subjects of the above motions to seal will be held under seal subject to being unsealed by a future order and without prejudice to the right of a non-party to have any of the exhibits and memoranda unsealed for good cause shown upon proper application to this Court.

    IT IS SO ORDERED.

    The Clerk is directed to transmit a copy of this order to counsel of record herein.

    DATED:    July 26, 2007

/s/ Frederick P. Stamp, Jr.  
FREDERICK P. STAMP, JR.  
UNITED STATES DISTRICT JUDGE