IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

    Plaintiff,

v.                                             Civil Action No. 5:04CV22
                                                    (STAMP)

LEXINGTON INSURANCE COMPANY,
a foreign corporation,
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation, and
HARTAN BROKERAGE, INC.,
a foreign corporation,

    Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART
JOINT MOTION TO AMEND SCHEDULING ORDER**

On July 27, 2007, the parties filed a joint motion to amend the third amended scheduling order. The parties requested an extension of the deadlines for providing copies of exhibits and for filing interrogatories and depositions to be used at trial, biographical sketches of any proposed expert witnesses, stipulations of fact, voir dire and proposed jury instructions, and objections to exhibits. For good cause shown, the parties' joint motion to amend the scheduling order is GRANTED IN PART. The parties shall provide copies of exhibits and file interrogatories and depositions to be used at trial, biographical sketches of any proposed expert witnesses, and stipulations of fact on or before **August 3, 2007.** The parties shall submit proposed voir dire and jury instructions on or before **August 6, 2007**. The joint motion to

amend the scheduling order is DENIED IN PART to the extent that it requests an extension of the date to file objections to exhibits to August 9, 2007. To ensure adequate time for the Court to review objections to exhibits, the parties shall file any objections to exhibits on or before **August 7, 2007 at 5:00 p.m.**

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: July 31, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE