IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

    Plaintiff,

v.                                                       Civil Action No. 5:04CV22
                                                                         (STAMP)

LEXINGTON INSURANCE COMPANY,
a foreign corporation,
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation, and
HARTAN BROKERAGE, INC.,
a foreign corporation,

    Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO
SUPPLEMENT ITS PREVIOUSLY FILED RULE 26(a)(3)
DISCLOSURES AND THE INTEGRATED JOINT PRETRIAL ORDER**

On July 30, 2007, the plaintiff, Cornett Management Company, LLC ("CMC"), filed a motion to supplement its previously filed Rule 26(a)(3) disclosures and the integrated joint pretrial order. CMC seeks leave to include the 2005 and 2006 financial statements of defendant, Lexington Insurance Company ("Lexington"), as trial exhibits. In support of its motion, CMC states that Lexington would not be unfairly surprised or prejudiced if the Court permitted CMC to supplement the pretrial order to include the 2005 and 2006 financial statements. For good cause shown, CMC's motion to supplement its previously filed Rule 26(a)(3) disclosures and the integrated joint pretrial order is GRANTED.

    IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:   July 31, 2007

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE