IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CORNETT MANAGEMENT COMPANY, LLC,
a corporation,

    Plaintiff,

v.                                          Civil Action No. 5:04CV22
                                                                (STAMP)

LEXINGTON INSURANCE COMPANY,
a foreign corporation,
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation and
HARTAN BROKERAGE, INC.,
a foreign corporation,

    Defendants.

## ORDER ESTABLISHING EXPEDITED BRIEFING SCHEDULE

On July 31, 2007, defendant, Lexington Insurance Company ("Lexington"), filed a second amended motion to continue the trial date and motion to disqualify the firm of Kesner, Kesner & Bramble. Because trial in this matter is scheduled for August 14, 2007, insufficient time remains for standard briefing pursuant to Local Rule of Civil Procedure 7.02(b). Accordingly, the following expedited briefing schedule is ESTABLISHED:

Cornett Management Company and Brady Risk Management, Inc. shall file any responses to Lexington's second amended motion to continue the trial date and motion to disqualify the firm of Kesner, Kesner & Bramble on or before **August 6, 2007 at 12:00 p.m.** Lexington shall file any reply on or before **August 7, 2007 at 5:00 p.m.**

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:   August 1, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE