IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

    Plaintiff,

v.                                             Civil Action No. 5:04CV22
                                                 (JUDGE STAMP)

LEXINGTON INSURANCE COMPANY,
a foreign corporation,
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation, and
HARTAN BROKERAGE, INC.,
a foreign corporation,

    Defendants.

## **ORDER**

The order setting the hearing on Plaintiff's Motion for Discovery to Supplement Its Previously Filed Rule 26(a)(3) Disclosures and the Integrated Joint Pre-Trial Order[1] is **VACATED**.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: August 3, 2007

                                                      /s/ James E. Seibert
                                                      JAMES E. SEIBERT
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. No. 397.