IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

    Plaintiff,

v.                                  Civil Action No. 5:04CV22
                                                  (STAMP)

LEXINGTON INSURANCE COMPANY and
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation, and
HARTAN BROKERAGE, INC.,
a foreign corporation,

    Defendants.

**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**

On August 30, 2007, the plaintiff filed a proposed partial dismissal order in the above-styled civil action. This Court finds that it would be beneficial to conduct a <u>telephonic conference</u> regarding this proposed order. Accordingly, it is ORDERED that the parties appear for a telephonic conference on **September 5, 2007 at 8:30 a.m.** at the Wheeling, West Virginia point of holding court.

Plaintiff's counsel is DIRECTED to initiate a timely conference telephone call with defense counsel to the Court at 304/233-1120 at the time of the scheduled conference.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    August 31, 2007

                              /s/ Frederick P. Stamp, Jr.
                              FREDERICK P. STAMP, JR.
                              UNITED STATES DISTRICT JUDGE