IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

At Wheeling

CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

Plaintiff,

v.

Civil Action No. 5:04-CV-22
Honorable Frederick P. Stamp, Jr.

LEXINGTON INSURANCE COMPANY,
a foreign corporation, FIREMAN'S
FUND INSURANCE COMPANY,
a foreign corporation, BRADY
RISK MANAGEMENT, INC., a
foreign corporation, and
HARTAN BROKERAGE, INC.,
A foreign corporation,

Defendants.

## PARTIAL DISMISSAL ORDER

Came this day the Plaintiff, by its counsel, Brent K. Kesner and the law firm of Kesner, Kesner & Bramble, and came the Defendant, Lexington Insurance Company, by its counsel, Charles Bailey and the law firm of Bailey & Wyant, PLLC; whereupon the Court was advised that these parties have resolved all matters and issues in dispute between them by agreement, and whereupon Motion was made that the Court dismiss the Plaintiff's claims against Lexington Insurance Company, with prejudice.

And the Court, hearing no objection to the aforesaid Motion, and believing the same to be proper, is of the opinion to and does hereby **ORDER** that the Plaintiff's claims against Lexington Insurance Company should be and the same are hereby **DISMISSED**, with prejudice, to the Plaintiff and to the Defendant Lexington Insurance Company.

The Clerk of the Court is instructed to forward certified or attested copies of this Order to counsel of record as follows:

333262

Brent K. Kesner, Esq.
**Kesner, Kesner & Bramble, PLLC**
Post Office Box 2587
Charleston, West Virginia 25329
*Counsel for Plaintiff*

Charles R. Bailey, Esq.
Jason Winnell, Esq.
**Bailey & Wyant, PLLC**
P.O. Box 3710
Charleston, WV 25337
*Counsel for Lexington Insurance Company*

Melvin F. O'Brien, Esq.
**Dickie, McCamey & Chilcote**
1233 Main Street - Suite 2002
Wheeling, WV 26003-1026
*Counsel for Brady Risk Management, Inc*

Enter this 11th day of September, 2007.

/s/ Frederick P. Stamp
**Honorable Frederick P. Stamp**

**Prepared By:**

/s/ Brent K. Kesner
Brent K. Kesner (WV Bar #2022)
**Kesner, Kesner & Bramble, PLLC**
Post Office Box 2587
Charleston, West Virginia 25329
*Counsel for Plaintiff*

**Approved by:**

/s/ Charles R. Bailey
Charles R. Bailey, Esq.
Jason Winnell, Esq.
**Bailey & Wyant, PLLC**
P.O. Box 3710
Charleston, WV 25337
*Counsel for Lexington Insurance Company*

/s/ Melvin O'Brien
Melvin F. O'Brien, Esq.
**Dickie, McCamey & Chilcote**
1233 Main Street - Suite 2002
Wheeling, WV 26003-1026
*Counsel for Brady Risk Management, Inc*

333262