IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

    Plaintiff,

v.                                    Civil Action No. 5:04CV22
                                                 (STAMP)

LEXINGTON INSURANCE COMPANY,
a foreign corporation,
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation and
HARTAN BROKERAGE, INC.,
a foreign corporation,

    Defendants.

## ORDER SCHEDULING TELEPHONIC CONFERENCE

On September 22, 2007, the plaintiff submitted a proposed partial dismissal order in the above-styled civil action. This Court finds that it would be beneficial to conduct a <u>telephonic conference</u> regarding this proposed order. Accordingly, it is ORDERED that counsel for the remaining parties in this action, Cornett Management Company and Brady Risk Management, Inc., appear by counsel for a telephonic conference on **September 26, 2007 at 12:30 p.m.** at the Wheeling point of holding court.

Plaintiff's counsel is DIRECTED to initiate a timely conference telephone call with defense counsel to the Court at 304/233-1120 at the time of the scheduled conference.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein for Cornett Management Company and Brady Risk Management, Inc.

DATED:     September 25, 2007

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE