IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


CORNETT MANAGEMENT COMPANY, LLC,
a foreign corporation,

       Plaintiff,

v.                                 Civil Action No. 5:04CV22
                                          (STAMP)
LEXINGTON INSURANCE COMPANY,
a foreign corporation,
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation,
BRADY RISK MANAGEMENT, INC.,
a foreign corporation and
HARTAN BROKERAGE, INC.,
a foreign corporation,

       Defendants.


## ORDER RESCHEDULING TELEPHONIC CONFERENCE

For reasons appearing to the Court, the time of the telephonic conference in the above-styled civil action is hereby RESCHEDULED. Accordingly, it is ORDERED that counsel for the remaining parties in this action, Cornett Management Company and Brady Risk Management, Inc., appear by counsel for a telephonic conference on **September 26, 2007 at 9:00 a.m.** at the Wheeling point of holding court.

Plaintiff's counsel is DIRECTED to initiate a timely conference telephone call with defense counsel to the Court at 304/233-1120 at the time of the scheduled conference.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein for Cornett Management Company and Brady Risk Management, Inc.

DATED:     September 25, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE